No. 92–6896. GOUGH v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–6897. ROBERTSON v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 92–6898. NELSON v. CITY OF TUSCALOOSA ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–6900. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6901. BUCHANAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6902. DOBROVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6903. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6905. OKEN v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–6906. TURNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6909. HAFFORD v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 92–6912. BLALOCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6913. SEMENAK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6914. CHAVEZ v. MERCED COUNTY HUMAN SERVICES AGENCY. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 92–6915. VEGA-PENARETE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6916. TURNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6918. SEAGRAVE v. GOMEZ, WARDEN. C. A. 9th Cir. Certiorari denied.